OCT - 6 2005

MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

UNITED STATES OF AMERICA, Plaintiff, vs. HENRY GEORGE VAN METER, Defendant.

CRIMINAL CASE NO. 95-00148-001

**REQUEST TO TRAVEL**

On February 20, 1998, Henry George Van Meter was sentenced by the Honorable John S. Unpingco, for Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and Use of an Automatic Firearm, in violation of 18 U.S.C. § 924(c)(1). He was sentenced to 96 months imprisonment and five years supervised release to follow. His term of supervised release commenced on October 22, 2003.

Mr. Van Meter is requesting the Court's permission to travel to Saipan for employment purposes. He is scheduled to depart Guam on October 17, 2005 and return on October 18, 2005.

Mr. Van Meter has completed all of the special conditions of his supervised release and has consistently been in full compliance of his supervised release conditions. This Officer supports his travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: [signature]
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

[signature]
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File



ORIGINAL