| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**ORIGINAL**

Henry G. Van Meter
USDC Cr. Cs. No. 95-00148-001
SSN: XXX-XX-7599
DOB: XX-XX-1957
HT: 5'5"  WT: 185 lbs.

DATE  October 5, 2005

**FILED**
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO  Saipan

LEAVING  October 17, 2005   AND RETURNING  October 18, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Employment.**

Accommodations:  Gardenia Hotel
Chalan Kanowa, Saipan
Tel: (670) 234-3455

**SPECIAL INSTRUCTIONS:**   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by the conditions of probation while on travel status.
2. Report to the U.S. Probation Office in person within 72 hours upon return to Guam.
3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

[X] APPROVED   [ ] DISAPPROVED

NAME  N/A
ADDRESS

**RECEIVED**
OCT -6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM