OCT 24 2006

MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal Case No.: 95-00148-001 |
| vs. | ) | **SPECIAL REPORT** |
| HENRY VAN METER Defendant. | ) | |

**Re: Request for Early Termination from Supervised Release**

Henry Van Meter was sentenced on February 20, 1998, in the District Court of Guam to 96 months imprisonment followed by 60 months supervised release for the offenses of Possession With Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and Use of An Automatic Firearm, in violation of 18 United States Code, Section 924(c)(1). In addition to the standard and mandatory conditions of supervised release, Mr. Van Meter was ordered to perform 400 hours of community service, pay a special assessment fee of $100 and seek and maintain gainful employment. On October 22, 2003, Mr. Van Meter was released from federal custody and commenced serving his term of supervised release. His conditions of release were modified, with his consent, on February 20, 2004, to include that he participate in a drug treatment program under the direction of the U.S. Probation Office. His conditions were again modified, with his consent, on December 5, 2005, to include up to eight drug tests per month. Mr. Van Meter's term is scheduled to expire on October 21, 2008.

Mr. Van Meter paid his special assessment fee while imprisoned and completed performance of his 400 hours of community service on February 21, 2004. He completed the one year drug testing and treatment program, without incident, on March 5, 2005 and participated in the DNA collection on March 15, 2005 as instructed. Mr. Van Meter has shown stable community reintegration in that he is gainfully employed, lives in a stable residence, has had no recent record of arrests or convictions, no recent evidence of alcohol or drug abuse, and there are no identifiable risks to the safety of any individual or to the public. He has consistently been in full compliance with all of the conditions of his release.

ORIGINAL

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re: VAN METER, Henry George
USDC Cr. Cs. #: 95-00148-001
October 24, 2006
Page - 2 -

Mr. Van Meter has requested that he be considered for early termination and submitted the following attached letter providing justification for his release. On October 21, 2006, he will have completed three of the five-year term ordered.

In light of the above information, this officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3583(e)(1), as such action is warranted by Mr. Van Meter's full compliance with his conditions of release, and is in the interest of justice. This request for early termination comes as a joint recommendation from Assistant U.S. Attorney Jeffrey Strand.

RESPECTFULLY submitted this 24th day of October 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: [signature]
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

[signature]
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
David Lujan, Defense Counsel
File

October 3, 2006

Dear Judge,

Why I want to be done with my supervised release.

Why! I did it, I never had any drug problem or drinking or breaking the law. I was never late with my counseling appointments. I am ready to be on my own. I know that I can be a good person in our community and I myself want to keep our community safe.

I know my past is not a Cinderella story but I know that there is a happy ending in my book. Its time to end my chapter in this book and start a new book and new chapter. A new beginning, again with a happy ending.

I thank my counselor, Carmen O'Mallan for trusting me, believing in me. In the beginning, with Carmen, I mentioned to her that I will be very honest with her. I don't know if she believed in me, but I know I believed in myself. I think now Carmen believes in me. Carmen became a good counselor and a friend to me. I want my wings.

HENRY VAN METER