PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

HENRY GEORGE VAN METER

CRIMINAL CASE NO. 95-00148-001

On _____ October 22, 2003 _____ the above named was placed on supervised release for a period of five years. Henry G. Van Meter has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer discharged from supervision.



Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

cc: Jeffrey Strand, AUSA
    David Lujan, Defense Counsel
    File

ORDER OF COURT

Pursuant to the above report, it is ordered that Henry George Van Meter be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27TH__ day of October 2006.

_____
United States District Judge